U.S. District Court
For the District of Colorado **FILED**

UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 26 2009

GREGORY C. LANGHAM
CLERK

Timothy Doyle Young

v.

Bureau of Prisons

#09 - CV - 1275

Plaintiff's Exhibits 3 - 70

① The attached itemized list and sixty-eight (68) exhibits are Number 3 through 70 and are submitted as evidence in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2009.

Pro Se

Timothy Doyle Young #60012-001
USP - Max - ADX    PO Box 8500
Florence, CO  81226

One

## Itemized List

Exhibit

| | | |
|---|---|---|
| #3 | – | Memo   6-11-2008. |
| #4 | – | Memo (Reverse) 6-11-2008. |
| #5 | – | BP-8   #500863   6-20-2008. |
| #6 | – | BP-9   #500863-F1   6-26-2008. |
| #7 | – | Response #500863-F1   7-18-2008. |
| #8 | – | BP-8   #501954   7-9-2008. |
| #9 | – | BP-9   #501954-F1   7-16-2008. |
| #10 | – | BP-9   #504720-F1   8-6-2008. |
| #11 | – | Continuation page for #504720-F1. |
| #12 | – | BP-8   (legal call)   8-7-2008. |
| #13 | – | BP-9   #512716-F1 (#504720-F2) 10-7-2008. |
| #14 | – | BP-8   (No resp. to Aff.)   9-30-2008. |
| #15 | – | BP-8   #512717   10-8-2008. |
| #16 | – | BP-9   #512717-F1   10-20-2008. |
| #17 | – | BP-8   #   12-24-2008. |
| #18 | – | BP-8   #528479   2-12-2009. |
| #19 | – | Continuation page for BP-8 (#528479). |
| #20 | – | BP-9 #528479-F1   2-25-2009. |
| #21 | – | Exhibit One   for #528479-F1. |
| #22 | – | Exhibit Two   for #528479-F1. |
| #23 | – | Exhibit Three   for #528479-F1. |
| #24 | – | Rejection Notice for #528479-F1 |
| #25 | – | Response #524020-F1 (Granted) 2-13-2009 |

Two

#26 - Memo   12-22-2008   Warden.
#27 - Confiscation form   6-20-2008 (stamps).
#28 - Confiscation form   6-25-2008 (stamp).
#29 - Memo   6-12-2008   Synsvoll.
#30 - Memo   6-16-2008   Synsvoll.
#31 - BP-8  (16.5 inches)   5-1-2008.
#32 - Rejection Notice  #525474-F1.
#33 - BP-9  #525474-F1   1-20-2009.
#34 - BP-8  #525474 /#526766   1-8-2009.
#35 - SENTRY  #395593-F1.
#36 - SENTRY  #395610-F1.
#37 - Memo   7-27-2007   Ms. Locke.
#38 - Response  #424744-A2   2-7-2007.
#39 - Property Record   6-5-2008.
#40 - Confiscation form   4-17-2008 (legal).
#41 - Rejection Notice  #478261-F1.
#42 - Response  #494743-F1   6-4-2008.
#43 - Receipt  #523185-R1   3-5-2009.
#44 - Extension Notice  #523185-R1   4-7-2009.
#45 - Memo   7-23-2008   Ms. Locke.
#46 - Memo   10-21-2008   LaRiva.
#47 - Memo   10-28-2008   LaRiva.
#48 - Memo   11-12-2008   LaRiva.
#49 - Memo   12-1-2008   LaRiva.
#50 - Memo   2-23-2009   LaRiva.

Three

#51 - Memo    4-16-2009    LaRiva.
#52 - BP-9   #424744-A2    11-22-2006.
#53 - Memo    11-27-2007    Warden.
#54 - Response   #450105-A2   9-19-2007.
#55 - BP-9  #451786-F1    4-30-2007.
#56 - Response   #451786-F1   5-10-2007.
#57 - BP-8  #451786    4-30-2007.
#58 - BP-9  #478261-F1    12-31-2007.
#59 - BP-9  #364647-F1    1-17-2005.
#60 - BP-8  #364647    1-11-2005.
#61 - Ed. Dept. Response    8-27-2008.
#62 - Ed. Dept. Response    9-17-2008.
#63 - Ed. Dept. Response    11-24-2008.
#64 - Ed. Dept. Response    1-8-2009.
#65 - Ed. Dept. Response    1-9-2009.
#66 - BP-11  #529044-A1    3-11-2009.
#67 - Rejection Notice #529044-A1   4-7-2009.
#68 - Response  #425106-A2    2-2-2007.
#69 - BP-11  #425106-A1    11-12-2006.
#70 - BP-11  #425106-A2    11-26-2006.


All Sixty-Eight exhibits listed
above (Numbered 3 through 70) are
true and correct documents.

I declare under penalty of perjury that

Four

the foregoing is true and correct.

Executed on
June 22, 2009.

Pro Se

Timothy Doyle Young #60012-001
USP - Max - ADX
PO Box 8500
Florence, CO   81226

Five



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☒ Administrative Maximum Security Institution
☐ High Security Institution
☐ Medium Security Institution
☐ Minimum Security Institution

Florence, CO 81226

June 11, 2008

MEMORANDUM FOR  **YOUNG, Timothy**
　　　　　　　　　　**Reg. No.  60012-001**

FROM:　　　　　　　M. Collins, Unit Manager

SUBJECT:　　　　　　**Indigent Legal Mail Postage Procedures**

On May 29, 2008, you were given the Postage Stamp Log and a BP-199.045 (Request for Withdrawal of Inmate's Personal Funds) by your Correctional Counselor to sign for indigent legal postage provided for legal mail you had given to staff on May 28, 2008. You refused to return the Postage Stamp Log and BP-199.045 form. You demanded an Authorization to Mail Package form, and stated you would return the Postage Stamp Log and BP-199.045 form after receiving the form you were demanding. You were instructed and ordered several times to return the forms given to you, which you refused to do. You demanded the Authorization to Mail Package form and to see a Lieutenant.

The is the second occasion (the first on February 19, 2007) that you refused to return forms given to you for indigent legal postage. In accordance with 28 CFR, 540.21(g), you are required to sign for postage stamps provided by staff. Your unit team in good faith have taken your outgoing legal mail, affixed the proper postage, and had you sign at a latter day. Your actions on May 29, 2008, have once again hampered your Correctional Counselors ability to perform his duties in an effective manner and detracted from him seeing other assigned inmates. Due to your actions the following procedures will be implemented regarding indigent legal post you receive.

　　　1 - You will give your sealed outgoing legal mail to a member of your unit team.

　　　2 - Your mail will be taken to the mailroom and weighed for correct postage.

#3

3 - Your unit team will return to your unit and you will be removed from your cell and brought to the team room, where you will sign for the postage needed to send the legal mail you have given your unit team.

4 - Once you sign for the postage stamps required, the stamps will be affixed to your letter(s) and you will be returned to your cell.  Your mail will then be taken to the mailroom.

These procedures are being implemented with the issuance of this memorandum and will be in effect until further notice.   As required (28 CFR 540.21(g)) you must sign for indigent postage stamps provided to you and your refusal to do so will delay your outgoing mail.

#4

*Conditions Confinement* (handwritten, left margin)

FLM 1330.13f
Attachment 1

## USP ADMINISTRATIVE MAXIMUM
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

Inmate Name: _Young_ , _Tim_     Reg. No. _60012-001_
Unit: _2_                         Date: _6-20-08_

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, (BP-DIR-13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1.  State your complaint: _Madison is_ | _To:_
    _refusing to mail my legal_ | _U.S. Court of Appeals_
    _mail that already has a stamp_ | _40 Foley Square_
    _affixed to it (from another inmate)_ | _New York, NY 10007_
    | _"legal" Mail"_

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2.  State what actions you have made to informally resolve your complaint: _____
    _Filed Numerous grievances_

3.  State what resolution you expect: _I expect my legal Mail_
    _Not to be impeded._

Inmate's Signature: _T. Y_     Date: _6-20-08 Friday_

**Correctional Counselor's Comments (Steps to Resolve):** ~~A review of your complaint has been conducted. Receiving anything of value from another inmate is a violation of 28 CFR, section 541.13, and BOP Program Statement 5270.07, Inmate Discipline and Special Housing Unit. You admitted that you received postage stamps from another inmate. You have been instructed and are aware of the procedures you need to follow to receive indigent postage stamps to mail you special mail. Staff are not impeding your legal mail from being sent from this facility.~~

Counselor's Signature: _[signature]_     Date: _6.23.08_
Unit Manager's Review: _[signature]_     Date: _6.24.08_
                                         Date:
Informally Resolved:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | EXECUTIVE STAFF |
|---|---|---|---|---|---|
| **DATE** | 6-20-08 | 6-20-08 | 6-24-08 | 6-26-08 | 6-26-08 |
| **TIME** | 0650 | 1330 | 1345 | 0750 | 1300 |
| **COUNSELOR** | Q- | Q- | Q- | Q- | Q- |

#5

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Issued 6.24.08 PM*

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **YOUNG TIM D.**     **60012-001**     **Z**     **ADX**

LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

This grievance is about one issue: 1st Amendment access to the Courts (i.e. legal mail and stamps). (1) Counselor Madison may give me an I.R. if he wishes to, but he may not remove postage stamps from a legal letter that has been deposited in the U.S. Mail (18 USC § 1701 et seq. (2) In response to Madison's "comments": (A) I've asked and sent requests for my indigent "Social" stamps but he has withheld them since Nov. 2007, (B) Madison and Collins have completely impeded my legal mail for the last 3 weeks by withholding "legal" stamps (see attached exhibit). Warden Wiley, A.W. Fox, and Mr. Synsvoll were sent similar affidavits dated 6-12-08 but they have failed to act, dozens of legal letters have not been mailed because of all of the above. I request that the BOP Program Statements & following guidelines be observed: 28 CFR 540.21 and P.S. 5265.11 and all other relief that I am entitled to under Federal and State law. BP8 Attached.

June 26, 2008.
DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Issued with BP-8 (6-23-08) for legal mail and stamps

RECEIVED BY: JUN 26 2008

---

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 500863-F

#6

BP-229 RESPONSE                         Case Number:   500863-F1

**Name:  YOUNG, Timothy**                **Register Number:  60012-001**

Your Request for Administrative Remedy dated and received in this office on June 26, 2008, has been reviewed.  You claim Unit Team members refuse to provide you with indigent postage.  You request no specific relief.

A review of the issue raised in your Request for Administrative Remedy has been conducted.  According to Institution Supplement 5265.11G, Correspondence, inmates must sign the stamp log in order to receive indigent postage for outgoing legal correspondence.  Records reflect you have refused to sign the stamp log, and have refused to return said log to staff.  As such, it was necessary to invoke a special procedure in your case for signing the stamp log.  When you refuse to comply with the procedure, you will not be issued indigent legal postage.  You are directed to comply with the stamp log signing procedure in order to receive postage.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

R. Wiley, Warden

JUL 1 8 2008

_____
Date

#7

*conditions of confinement* (handwritten diagonal margin note)

FLM 1330.13f
Attachment 1

## USP ADMINISTRATIVE MAXIMUM
### FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

Inmate Name: _Young, Tim_     Reg. No. _60012-0Q1_
Unit: _2_     Date: _7.9.08_

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, (BP-DIR-13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: _Collins and Fenlon refused to pull me out to sign for stamps on 6-27-08, 6-30-08 through 7-4-08 and on 7-7-08 while Madison was in Washington._

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: _I filed a grievance on 6-26-08 and I sent an Affidavit (6-12-08) to ① Warden Wiley, ② A.W. Fox, and ③ Mr. Synsvoll._

3. State what resolution you expect: _I expect Collins and Fenlon to be terminated for not complying with 6-11-2008 Memo issued by Collins._

Wed.

Inmate's Signature: _Ti Y_     Date: _July 9-2008_

**Correctional Counselor's Comments (Steps to Resolve):** _A review of your complaint has been conducted. You never requested to sign for indigent postage stamps for the dates mentioned. It is noted you have refused to follw the procedures given to you, to sign for postage stamps as a results of your actions (refusing to return the stamp log when given to you) in the past. Your unit team recommends you follow the procedures given to you regarding indigent postage. The resolution you expect will not be granted._

Counselor's Signature: _[signature]_     Date: _7.10.08_
Unit Manager's Review: _[signature]_     Date: _7-11-08_
Informally Resolved:     Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | EXECUTIVE STAFF |
|---|---|---|---|---|---|
| **DATE** | 7.9.08 | 7.10.08 | 7.15.08 | 7.16.08 | 7.16.08 |
| **TIME** | 0850 | 0830 | 1045 | 0815 | 1020 |
| **COUNSELOR** | 𝒞 | 𝒞 | 𝒫 | 𝒫 | 𝒞 |

#8

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Issued 7.15.08 DL*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: YOUNG, TIM D.          60012-001          Z          ADX
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST**   I have been unable to mail legal documents in accordance with BOP Policy (see attached exhibits - eleven page Affidavit, 2 copies). Even while Madison was gone, Collins and Fenlon would not mail legal letters per policy OR per the memo. I request one of the following: 1) Rescind the 6-11-08 memo because of Madison's misconduct, or 2) Transfer me to G-Unit, or ③ have someone else fulfill memo requirements or ④ Photocopy the form and I'll sign the duplicate, or ⑤ Mail the legal letters until a solution can be found, or ⑥ Make any other arrangement. BP8 and two copies eleven page Affidavit attached.   [July 16, 08]

July 16 2008
DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Issued to T. Young 60012-001 with BP-8, Subject: postage stamps

*DM*  7.15.08

RECEIVED
JUL 16 2008
BY:

_____          _____
DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 501954-F1

#9

U.S. DEPARTMENT OF JUSTICE                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

~~Filed~~ 7-24-08

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: YOUNG  TIM  D.        60012-001        Z        ADX
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**   The Warden's reply to #501954 is unresponsive to my complaint "I have been prevented from mailing legal documents to the Courts since the first week of June 2008." The complaint involves:

① Collins and Fenlon will not allow me to sign for stamps when Madison is gone.

② Madison stopped giving me social stamps in Nov. 2007 in retaliation for my 1st Amendment activity, so I don't have them to use as a replacement.

③ Madison has taken my legal letters out of the U.S. Mail and removed the postage stamps that I have received from other inmates. I have been completely cut off from mailing any legal letters for more than two months and any social letters for the last nine months.

④ The #501954 response states "Records reflect you have refused to sign---"

August 6, 2008                                    Tim Y
    DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

---

    DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE        CASE NUMBER: 504720-M

                                       CASE NUMBER: _____

**Part C– RECEIPT**   YOUNG  TIM  D              60012-001        Z        ADX
Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: Legal Mail - memo - Warden's Resp. to 501954-F1

Wed. August 6, 2008   Fenlon                                    # 10
    DATE                                    RECIPIENT'S SIGNATURE (STAFF MEMBER)
                                                    BP-229(13)

(line 4), but fails to identify the records, what records? You must be referring to internal memos written by Madison and Collins themselves, the Defendants in #07-cv-857 that I have been complaining about for 2 years. As the BP8 shows (attached) the above is a lie, Madison wrote "You have Never been accused of refusing to sign for postage stamps." Once the "Records" are identified, the corresponding stamp log will also prove that I did sign and return it. ⑤ The response also states that "it was necessary to invoke a special procedure..." (line 5), if so it would've been necessary to issue on I.R. and this sanction would have required Due Process by the DHO. If ADX is using SAM's against me again (Security Threat 4-14-04 @ 1526 hours - NCRTE 535.03) that also requires Due Process. ⑥ Madison stopped applying indigent legal postage _before_ the "special procedure" was invoked.

## _Relief_

Ⓐ I request that the "Records" be identified and copies of the stamp log for the same day, Ⓑ I request an answer to why Collins and Fenlon refused to allow me to sign for stamps when Madison was gone, Ⓒ I request a copy of the BP8 issued in March or April 2008 asking for indigent stamps and legal mail to the DOJ, Ⓓ I request Madison to be prohibited from removing postage stamps from my legal mail, Ⓔ I request the 6-11-08 memo to be rescinded, it is based on lies and staff misconduct, Ⓕ I request to be transferred to another Unit Team or the Warden and A.W. Fox to properly supervise, Ⓖ I request the stamp log to be photocopied so I can sign it without Madison causing me physical harm and/or destroying more of my legal documents and property, Ⓗ I request immediate reinstatement of my First Amendment Right of mailing letters, Ⓘ I request an answer to why Madison was refusing to mail legal letters approx. ten days before the memo.

[2 copies of Affidavit attached proving memo is a pretext.]

#11

*legal call*

FLM 1330.13f
Attachment 1

## USP ADMINISTRATIVE MAXIMUM
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

Inmate Name: _Young Tim Young_  Reg. No. _60012-001_
Unit: _Z_  Date: _8-7-08_

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, (BP-DIR-13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: _I requested legal calls on Thursday 8-7-08 and Friday 8-8-08 to the U.S. Attorney but I was told to wait until Madison gets back next week._

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: _Sent two requests, talked to Mr. Fenlon, showed Mr. Fenlon court documents, and sent Affidavits to Warden Wiley, A.W. Fox, and FCC-Florence Legal Dept._

3. State what resolution you expect: _I expect my Friday 8-8-08 Legal call (Tomorrow)_

Inmate's Signature: _T. Y_  Date: _8-7-08_

Correctional Counselor's Comments (Steps to Resolve): _You failed to demonstrate a legal deadline which could not be met via legal mail. Also, no U.S. Attorney contacted the institution and expressed a need to talk with you on the phone._

Counselor's Signature: _M. Saul_  Date: _8-11-08_
Unit Manager's Review: _MM_  Date: _8-12-08_
Informally Resolved:  Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | EXECUTIVE STAFF |
|---|---|---|---|---|---|
| DATE | 8-7-08 | 8-8-08 | 8-13-08 | | |
| TIME | 1250 | 0950 | 1025 | | |
| COUNSELOR | M | M | Ors | | |

# 12

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

10-2-08

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: YOUNG TIM D.        60012-001        Z        ADX
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**

I am resubmitting this grievance Now because: ① it was falsely rejected, ② Madison withheld returning it past the resubmission date, and ③ Madison would not give me a BP9 to refile (I had to file another BP8 to obtain a grievance form).

This grievance is about one issue: my First Amendment Right. I have been denied all outgoing communications since 6-2-08 because of staff misconduct, intimidation by staff, criminal conduct by staff, and First Amendment retaliation (see exhibits: 2 copies of the 8 page Affidavit dated 9-1-08). I request that the 6-11-08 memo be rescinded or an Order forcing Collins and Fenlon to comply with it. BP8 and 2 copies of exhibits are attached.

Oct. 7, 2008.                            T. Y___
DATE                                      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE   512716FT   CASE NUMBER: ~~504720 F2~~

                                          CASE NUMBER: ~~504720 F2~~

**Part C– RECEIPT**

Return to: YOUNG TIM D. 60012-001        Z        ADX
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: First Amendment - Denial of all Communications
Submitted Tuesday Oct. 7, 2008                            #13
DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

*Conditions of Confinement* (handwritten margin note)

FCC1330.16A
**Administrative Remedy Program**
**Attachment 1**

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

Inmate Name: _Tim Young_     Reg. No. _60012-001_
Unit: _2_     Date: _9.30.08_

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1.  State your complaint: _The Warden has failed to address the issues in the Sept. 1st 2008 Affidavit sent to him under a certificate of service (see attached copy)._

    **(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))**

2.  State what actions you have made to informally resolve your complaint: _I have sent numerous requests Affidavits to the Warden asking for a response or access to the U.S. Mail to file a Habeas Corpus._

3.  State what resolution you expect: _I expect a response from the Warden addressing the 9-1-08 Affidavit._

Inmate's Signature: _Tim Y_     Date: _9-30-08_

Correctional Counselor's Comments (Steps to Resolve): _~~A review of your complaint~~ has been conducted. There is no requirement to respond to a affidavit._

Counselor's Signature: _____     Date: _10·1·08_
Unit Manager's Review: _____     Date: _10-1-08_
Informally Resolved: _____     Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| | 9·30·08 | 10·1·08 | 10·1·08 | 10·7·08 | 10·7·08 |

# 14

FCC1330.16A
Administrative Remedy Program
Attachment 1

**FEDERAL CORRECTIONAL COMPLEX**
**FLORENCE, COLORADO**
**INFORMAL RESOLUTION FORM**

Inmate Name: _____ Reg. No.: 60012-001
Date: 10-8-08

1. State your complaint: _____ are
not complying with the 8-11-08 memo.
They hold my outgoing legal letters
until Madison comes back, sometimes
more than a week.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.
You also submit one copy of supporting exhibits. (Exhibits will not be returned with
the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: Filed
Previous grievances and sent an
Affidavit dated 9-1-08

3. State what resolution you expect: Rescind the memo or
have Collins and Fenlon comply with it.

Inmate's Signature: _T_ Y_____ Date: 10-9-08

Correctional Counselor's Comments (Steps to Resolve): A review of your complaint has
been conducted. Due to your misconduct, procedures were implemented outlining
procedures you need to follow to receive indigent postage stamps. The resolution
you expect will not be granted at this time. There is no evidence to support
your allegation of staff misconduct at this time.

Counselor's Signature: _____ Date: 10-15-08
Unit Manager's Review: _____ Date: 10-17-08
Informally Resolved: _____ Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10-8-08 | 10-10-08 | 10-17-08 | 10-20-08 | |
| TIME | 07K | 0915 | 0940 | 0800 | |
| COUNSELOR | Qn | Qn | Qn | Af | |

# 15

Conditions of
Confinement

**U.S. DEPARTMENT OF JUSTICE**                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons                                                    10.17.08 Q

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: YOUNG, Tim D.          60012-001          Z          ADX
            LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A– INMATE REQUEST** This grievance is about one issue: My First Amendment Rights (access to the U.S. Mail). As usual, Madison falsified the BP8 response again: "There is no evidence to support your allegation..." Collins and Fenlon admitted withholding my legal mail (see 7-9-08 BP8 #501954) and I saved about a dozen envelopes dated and initialed by Collins and Fenlon. Also, the BP8 states again that these actions are an unofficial sanction. I request the memo be rescinded or an order forcing Collins and Fenlon to comply with it. BP8 and 20 pages of exhibits attached (two copies - 40 pages total). This was given to the Unit Team on Monday 10-20-08.

Oct. 20, 2008                                                  T. Y.
            DATE                                                  SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                                  _____
            DATE                                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: 512717-F1

CASE NUMBER: _____

**Part C– RECEIPT** YOUNG, Tim D.          60012-001          Z          ADX
Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION
SUBJECT: Access to U.S. Mail
Monday Oct. 20, 2008                                                          # 16
            DATE                                  RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229(13)

FCC1330.16A
**Administrative Remedy Program**
**Attachment 1**

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

Inmate Name: _Young_     Reg. No. _60012-001_

Unit: _Z_     Date: _12-24-08_

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: _Unit Team has denied access to indigent postage, the U.S. Mail, and the Courts since 6-2-08 causing the loss of Court cases and appeals._

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: _filed numerous grievances sent numerous documents to BOP staff, talked to Warden, A.W. Fox, etc._

3. State what resolution you expect: _Access to the Courts to challenge all of the Warden's responses which are non-responsive gibberish!_

Inmate's Signature: _T Y_     Date: _12-24-08_

**Correctional Counselor's Comments (Steps to Resolve):** _A review of your complaint has been conducted. This issue has been discussed with you on several occasions. Due to your misconduct procedures have been established to ensure you receive indigent legal postage in accordance with BOP policy. Your allegation you are being denied indigent postage and access to the court is without merit. Your unit team recommends you follow the established procedures for signing for indigent postage._

Counselor's Signature: _[signature]_     Date: _12-29-08_

Unit Manager's Review: _[signature]_     Date: _12-30-08_

Informally Resolved: _____     Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 12-23-08 | 12-29-08 | 12-30-08 | 1-2-09 | 1-2-09 |
| TIME | 1350 | 0705 | 1000 | 1300 | 1415 |
| COUNSELOR | RX | Q | Q | Q | Q |

#17

*Conditions of Confinement*

FCC1330.16A
Administrative Remedy Program
Attachment 1

### FEDERAL CORRECTIONAL COMPLEX
### FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

Inmate Name: __Tim Young__   Reg. No. __60012-001__
Unit: __Z__   Date: __2.12.09__

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint:

   ( See attached )

   (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: __Filed Previous grievances and filed Motions in Court.__

3. State what resolution you expect: __Access to Indigent Postage, access to the U.S. Mail, and access to the Courts.__

Inmate's Signature: __Tim Y__   Date: __2-12-09__

Correctional Counselor's Comments (Steps to Resolve): __A review of your complaint has been conducted. Administrative remedy 524020-F1 was delivered to you on February 20, 2009. You have never been denied access to indigent postage, U.S. mail, and the courts.__

Counselor's Signature: _____   Date: __2·20·09__
Unit Manager's Review: _____   Date: __2.23-09__
Informally Resolved: _____   Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 2.12.09 | 2·13·09 | 2-25-09 | 2-27-09 | 2-27-09 |
| TIME | 0715 | 1200 | 1300 | 0715 | 0905 |
| COUNSELOR | a | a | a | a | a |

#18

<u>Feb. 12, 2009 — BP8</u>

"On Friday, Jan. 30, 2009, Collins came to my cell with grievance #524020-F1 asking me to sign the grievance form indicating the complaint was informally resolved. There was nothing on the form to indicate what I would have been agreeing to. There is nothing in the Program Statements to indicate if informally resolving a grievance is possible and/or what procedures to use. Collins claimed that he was granting #524020-F1, but I have not received anything to indicate that this issue (access to indigent postage, access to the U.S. Mail, and access to the Courts) has been granted. Grievance #524020-F1 is due in two days.

   If the BOP is counting on the audio recording of Collins claiming that he has or will grant #524020-F1 to suffice for legal purposes, it should be noted that: ① I have had grievances "informally resolved" only to have the BOP renege (see #06-ZLW-1253 exhibits), ② the SENTRY Index shows other inmates filing grievances on Collins for reneging, and ③ the Warden denied <u>this issue</u> in #501954-F1, #512716-F1, and #512717-F1, so only the Warden can grant #524020-F1. Is Collins the new Warden or did the Warden grant #524020-F1?

#19

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: YOUNG, Tim D.     60012-001     Z     ADX
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**  Indigent "Social" postge. This is a continuing violation that nullifies the 20-Day rule. Madison cut off my access to indigent social postage in retaliation for my First Amendment activity. I request my indigent social stamps from November 2007 through March 2009.

- BP 8 Attached.
- Three page Exhibit (two copies - six pages total)

Feb. 25, 2009.
DATE

Ti Y
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

This BP-229(13) was issued to T. Young, 60012-001, on 2-25-09, to appeal the response on the Informal Resolution Form dated 2-23-09·(date Unit Manager signed). The subject of Informal Resolution Form was; access to indigent postage, access to the U.S. Mail, and access to the courts related to remedy 524020-F1.

R. Madison
Correctional Counselor   2-25.09

RECEIVED

MAR 0 2 2009

ADX ....Office

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 528479-F1# 20

State of Colorado
Fremont County

---

Affidavit of Timothy Doyle Young

---

I, Timothy Doyle Young #60012-001, make the following statement under penalty of perjury:

① I asked Madison and gave him a written request for "social" stamps in Dec. 2007.

② I submitted a BP9 on 12-11-07 asking for my social stamps but it was never filed.

③ I asked Madison and gave him written requests January, February, and March of 2008 without receiving the social stamps.

④ In April 2008, I asked Madison and gave him a written request for social stamps. On 4-11-08, I submitted a BP8 complaining about the Unit Team's refusal to apply indigent postage to legal letters addressed to the Dept. of Justice and specifically asking for the social stamps.

Aff. - p. One

# 21

(5)    Madison asked for another written request in the BP8 response and I gave him a second written request for April 2008 but I was not given stamps.

(6)    I have a protected property interest in the monthly allotment of social stamps because of FLM 5265.11 (5)(D); PS 5265.11 (18)(e); 28 CFR §540.21(e); the First, Fifth, Seventh, and Eighth Amendments, and the Colorado State Constitution.

(7)    Madison cut off my access to social stamps because I submitted a grievance on 11-15-2007 complaining about his refusal to sign the forms for the Tenth Circuit Court of Appeals ("Addendum" forms). I stated the days and exact times that he refused to sign the forms so it could be verified through the "IN-Cell" audio recordings. This grievance was not filed by Madison or the Adm. Remedy Coordinator.

(8)    ON 11-30-2007, I submitted a grievance because Madison would not

Aff. - p. Two

# 22

even return the "Addendum" forms. This too was not filed.

(9)     Approximately 18 other grievances and appeals have not been filed by Madison, the Administrative Remedy Coordinators (Mr. Garcia and Ms. LaRiva), and the BOP.

I, Timothy Doyle Young, declare under penalty of perjury that I am the prisoner in the above affidavit, that I have read the affidavit, and state that the information contained therein is true and correct to the best of my knowledge. Pursuant to 28 USC §1746 and 18 USC §1621

Feb. 25, 2009.
_____
Date

_____
T— Y——
signature of Affiant

Timothy Doyle Young      #60012-001
U.S.P. Max - ADX
P.O. Box 8500             Z - C - 104
Florence, CO
         81226

Aff. - p. Three

#23

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: MARCH 3, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : TIMOTHY DOYLE YOUNG, 60012-001
      FLORENCE ADMAX USP    UNT: E    QTR: Z09-104LAD
      PO BOX 8500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU.  YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 528479-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : MARCH 2, 2009
SUBJECT 1       : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 2: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 3: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

#24

**BP-229 RESPONSE**                    **Case Number: 524020-F1**

Your Request for Administrative Remedy dated January 5, 2009, and received in this office January 6, 2009, has been reviewed.  Specifically, you request to sign the stamp log and have access to indigent postage, the U.S. mail, and the Courts.

A review of the issue raised in your Request for Administrative Remedy has been conducted.  The results of this review revealed the previous procedure for you to be removed from your cell and sign the stamp log to obtain indigent postage has been terminated.  You are reminded you must sign the stamp log in order to receive postage.

Accordingly, your Request for Administrative Remedy is granted.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

FEB 1 3 2009

R. Wiley, Warden                                    Date

This was given to me on Friday 2-20-09 @ approx. 1400 hrs. by Madison.

#25

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name: YOUNG, Tim**

**Register Number: 60012-001**          **Unit: E**

This is in response to your Inmate Request to Staff Member ("Cop-out") dated December 7, 2008, and received in this office December 8, 2008. You request responses to Administrative Remedy numbers 512716-F1 and 512717-F1, a receipt for a November 23, 2008, Administrative Remedy, access to carbon paper, access the Sentry Index, access to the mail, and access to the courts.

A review of the issues revealed the Administrative Remedies were closed out on November 28, 2008. You have received, or will receive copies of them. We have no record of a November 23, 2008, Administrative Remedy. You may exchange carbon paper on a one-for-one basis with your Counselor. You were recently provided with the Sentry Index as requested and you have full, unfettered access to the mail and courts.

I trust this addresses your concerns.

R. Wiley, Warden

DEC 2 2 2008
_____
Date

*Given to me on Tuesday 12-30-08 at approx. 0700 hrs. by Madison.*

#26

U.S. Department of Justice        **Confiscation and Disposition of Contraband**

Federal Bureau of Prisons

---

| R. Madison | FLM – ADX |
|---|---|
| Signature/Printed Name of Staff Member Confiscating Property | (Institution) |

| 1. Name: Young, T. | 2. Register No.: 60012-001 | 3. Unit: R/Z | 4. Date: 6-20-08 |
|---|---|---|---|

5. The contraband listed below was found in possession of, or in the living quarters of the above named inmate on  6-19-08  .
   (Make a numerical list of contraband)   1 - one .42¢ postage stamp.  2- one .01¢ postage stamp.

6. (To be completed by inmate) I have received a list of those items confiscated as contraband. I claim ownership of the following items (identify by number from section 5 above): Nos. 1 . I am aware that a claim of ownership will not be accepted for any item of government property. With respect to my claimed personal property, I am aware that I have 7 days from receipt of this inventory to provide staff with evidence of my ownership of the claimed items.

I, _____ , received a copy of this inventory on _____
   (inmate's signature)                                                      (date)

7. Of the contraband listed in section 5 above, the inmate has established ownership for the following (identify by number from section 5 above): Nos. _____

Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination of the inmate's choice. The institution may pay for the mailing when the inmate has insufficient funds and no likelihood of receiving new funds. Where the inmate is financially able to pay postage, but refuses, or fails to provide a mailing address for return of the property, the confiscated property will be disposed of through approved means, including destruction of property.

I have read or had read to me the above information. I request the following action be taken in regards to my contraband property.

a. __ I request the property be mailed to _____

_____ . I agree to pay mailing costs.

Inmate's Signature: _____ Date: _____

b. __ I request the institution to pay mailing costs. I have insufficient funds in my institution account and do not expect to receive new funds. (The approval of the Warden or designee is required for the institution to pay postage.)

Inmate's Signature: _____ Date: _____

c. __ Other (specify, e.g., donate to institution)

Inmate's Signature: _____ Date: _____

8. The following contraband (identify by number from section 5 above) has been determined to be hard contraband or to be contraband for which no ownership has been established. The contraband has been disposed of by (indicate disposition/reasons): Nos. _____

Signature/Printed Name of Staff Member Determining Method of Disposal      Date

Signature/Printed Name of Staff Member Disposing of Property      Date

When Property is Destroyed, Signature/Printed Name of Staff Witness      Date

cc: Central File
     Chief Correctional Supervisor
     Inmate Systems Manager
     Inmate

Printed on Recycled Paper

# 27

BP-402(58)
January 1993
USP LVN

**U.S. Department of Justice**

**Confiscation and Disposition of Contraband**

Federal Bureau of Prisons

---

R. Madison                                              FLM-ADX

Signature/Printed Name of Staff Member Confiscating Property                (Institution)

| 1. Name: Young, T. | 2. Register No.: 50012-001 | 3. Unit: F/2 | 4. Date: 6-25-08 |
|---|---|---|---|

5. The contraband listed below was found in possession of, or in the living quarters of the above named inmate on ___6-25-08___ .

                              1 θ one forever postage stamp

(Make a numerical list of contraband)

---

6. (To be completed by inmate) I have received a list of those items confiscated as contraband. I claim ownership of the following items (identify by number from section 5 above): Nos. ___ . I am aware that a claim of ownership will not be accepted for any item of government property. With respect to my claimed personal property, I am aware that I have 7 days from receipt of this inventory to provide staff with evidence of my ownership of the claimed items.

    I, _____ , received a copy of this inventory on _____ .
          (inmate's signature)                                 (date)

---

7. Of the contraband listed in section 5 above, the inmate has established ownership for the following (identify by number from section 5 above): Nos. _____

Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination of the inmate's choice. The institution may pay for the mailing when the inmate has insufficient funds and no likelihood of receiving new funds. Where the inmate is financially able to pay postage, but refuses, or fails to provide a mailing address for return of the property, the confiscated property will be disposed of through approved means, including destruction of property.

I have read or had read to me the above information. I request the following action be taken in regards to my contraband property.

    a. ___ I request the property be mailed to _____
_____ . I agree to pay mailing costs.

Inmate's Signature: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    b. ___ I request the institution to pay mailing costs. I have insufficient funds in my institution account and do not expect to receive new funds. (The approval of the Warden or designee is required for the institution to pay postage.)

Inmate's Signature: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    c. ___ Other (specify, e.g., donate to institution)

Inmate's Signature: _____ Date: _____

---

8. The following contraband (identify by number from section 5 above) has been determined to be hard contraband or to be contraband for which no ownership has been established. The contraband has been disposed of by (indicate disposition/reasons): Nos. _____

_____                                         _____
Signature/Printed Name of Staff Member Determining Method of Disposal                    Date

_____                                         _____
Signature/Printed Name of Staff Member Disposing of Property                             Date

_____                                         _____
When Property is Destroyed, Signature/Printed Name of Staff Witness                      Date

---

cc: Central File
    Chief Correctional Supervisor
    Inmate Systems Manager
    Inmate

Printed on Recycled Paper

#28

BP-402(58)
January 1983
USP LVN

### RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name:** YOUNG, Timothy

**Register Number:** 60012-001                    **Unit:** Z-111

This is in response to your "Certificate of Service," which we are treating as a copout and which was received in this office on June 9, 2008. You state your Unit Team is claiming that you are refusing to sign for stamps and are using that as an excuse to cut off your access to the courts. You further state you are enclosing with your copout two unsealed envelopes, purportedly containing a motion for Emergency Injunction, for this office to mail or transmit- one addressed to the United States Supreme Court and the other addressed to the Solicitor General.

To the extent you are requesting this office electronically transmit these documents on your behalf, this office does not provide legal services on behalf of an inmate, including electronically filing documents on his behalf. To the extent you request this office provide postage for and mail these envelopes for you, this office does not provide postage for inmates and does not ordinarily place documents in the mail to the courts for inmates. In accordance with 28 C.F.R. § 540.21(d), indigent inmates are provided stamps for legal mailings and, pursuant to Institution Supplement FLM 5265.11G-CN01, *Correspondence*, those stamps are provided by your Unit Team. You are **required** by 28 C.F.R. § 540.21(g) to sign for all stamps provided by institution staff.

The unsealed envelopes you sent to this office are being returned to you. If you want to mail these envelopes and you do not have the money to buy your own stamps, I encourage you to comply with the Federal regulations that require you to sign for the stamps.

_____                    6/12/2008
Christopher B. Synsvoll, Supervisory Attorney        Date

# 29

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name:** YOUNG, Timothy

**Register Number:** 60012-001                    **Unit:** Z-111


This is in response to your copout received in this office on June 12, 2008, and your "Certificate of Service," received in this office on June 16, 2008, which we are also treating as copouts. You state your Unit Team is refusing to mail the legal letters (two addressed to the U.S. Attorney in Denver and two addressed to the U.S. Court of Appeals in Denver). You also provided two BP-10s and attendant documents (one marked "Sensitive" and one associated with Remedy Series 494743). You appear to expect the Legal Services Department to mail and/or forward these documents to the addressees on your behalf.

As you were previously informed, the Legal Services Department does not provide stamps or postage to inmates, nor do we ordinarily place documents in the mail to the courts or the Regional Office on behalf of inmates. In accordance with 28 C.F.R. § 540.21(d) and (g) and Institution Supplement FLM 5265.11G-CN01, *Correspondence*, if you are indigent, your Unit Team will provide stamps/postage for legal mail after you have signed the log sheet, which you are **required** by Bureau of Prisons' regulations to sign for postage received by institution staff.

The documents and envelopes you sent to this office are being returned to you. If you want to mail these envelopes and you do not have the money to buy your own stamps, I encourage you to comply with the Federal regulations that require you to sign for the stamps.


_____          6/16/2008
Christopher B. Synsvoll, Supervisory Attorney          Date


#30

*Shakedown & Property*

FLM 1330.13f
Attachment 1

## USP ADMINISTRATIVE MAXIMUM
### FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

Inmate Name: **Young, T**

Unit: **E**

Reg. No. **60012-001**

Date: **5/1/08**

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, (BP-DIR-13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: *1st Amendment retaliation: Shakedown, Confiscation of authorized items, destruction of Personal Property, falsification of BOP Records, etc.*

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.)) *Submitted Friday 5-2-08.*

2. State what actions you have made to informally resolve your complaint: *I sent complaints to the Warden and both Associate Wardens under a certificate of service.*

3. State what resolution you expect: *return of legal materials and all other items and all other relief that I am entitled to receive.*

Inmate's Signature: *T. Y.*

Date: *5-1-2008*

Correctional Counselor's Comments (Steps to Resolve): ~~A review of your complaint has been conducted. A cell inspection was conducted on April 17, 2008, and the following items were removed from your cell; excess institution issued items and excess personal property. You were provided an opportunity to sign a confiscation form and refused to follow instructions when the form was provided to you. You have been instructed to work with your unit team to resolve this matter, which you have refused to do. There is no evidence to support your allegation of staff misconduct at this time.~~

Counselor's Signature: _____ Date: 5/2/08

Unit Manager's Review: _____ Date: 5-2-08

Informally Resolved: _____ Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | EXECUTIVE STAFF |
|---|---|---|---|---|---|
| DATE | 5/1/08 | 5/2/08 | 5/6/08 | 5-7-08 | |
| TIME | 0640 | 0700 | 1400 | 0815 | |
| COUNSELOR | | | | | |

#31

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 6, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : TIMOTHY DOYLE YOUNG, 60012-001
      FLORENCE ADMAX USP    UNT: E    QTR: Z09-104LAD
      PO BOX 8500
      FLORENCE, CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 525474-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JANUARY 21, 2009
SUBJECT 1       : OTHER COMPLAINT AGAINST STAFF
SUBJECT 2       : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 2: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 3: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : UNTIMELY IN REFERENCE TO LEGAL DOCS REMOVED 5-29-08


Delivered 2·11·09.

R. MADISON C.C.

#32

**U.S. DEPARTMENT OF JUSTICE**   *Received*   **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons   *1-15-09*   *Issued 1.14.09*

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Young Tim D.**   **60012-001**   **Z**   **ADX**
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**   Staff Misconduct. Madison removed legal documents from my property again and has not issued a confiscation form or returned the documents. Witness: Dougherty #01924-135. Madison has not filed my last 3 grievances: 12-16-08, 1-6-09, and 1-8-09. I request protection from Madison's misconduct.

BP8 Attached.
Two copies of 18 exhibits attached (36 pages).
Jan. 20, 2009.

_____        _____
DATE                            SIGNATURE OF REQUESTER

**Part B– RESPONSE**



RECEIVED
JAN 21 2009
BY:

_____        _____
DATE                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: **525474-F1**

#33

*Conditions of Confinement* (handwritten, diagonal, top left)

FCC1330.16A
Administrative Remedy Program
Attachment 1

## FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

Inmate Name: _Young, Tim_         Reg. No. _60012-001_

Unit: _2_         Date: _1.8.09_

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the three steps listed below:

1.  State your complaint: _Madison removed legal documents from my cell on 5-29-08 and did not issue a confiscation form (see tort claim)._

    (If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2.  State what actions you have made to informally resolve your complaint: _filed numerous grievances regarding Madison's criminal conduct._

3.  State what resolution you expect: _The return of the documents including: Journalist addresses, Mother's Will, addresses of family, legal documents, etc._

Inmate's Signature: _Ti Y_         Date: _1-9-2009_

Correctional Counselor's Comments (Steps to Resolve): A review of your complaint has been conducted. Records show you moved from E unit to Z unit on the date mentioned in this complaint. Your correctional counselor did not remove any personal property from your cell on that date. Your correctional counselor did retrieve a postage stamp log that was given to you to sign earlier that day that you refused to return.

_Remedy ID# 526766-F1_

Counselor's Signature: _mmm_         Date: _1-14-09_
Unit Manager's Review: _mmm_         Date: _1-14-09_
Informally Resolved: _____         Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 1.8.09 | 1.9.09 | 1.14.09 | 1.21.09 | 1.21.09 |
| TIME | 0715 | 1030 | 0925 | 0710 | 1236 |
| COUNSELOR | Qn | Qn | Qn | Qn | Qn |

#34

**BP-229 RESPONSE**                              Case Number:  395593-F1

Your Request for Administrative Remedy dated November 7, 2005, and received in this office November 21, 2005, has been reviewed.  Specifically, you state staff are acting unprofessional in their capacity as correctional workers, and they are not following Bureau of Prisons Policy during cell searches.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review revealed staff are acting appropriately in their official capacity.  The staff were interviewed and state they have not acted unprofessionally toward you or any other inmate. I can find no evidence to indicate staff are over stepping their authority or acting in an unprofessional manner.  The property that was taken from your cell during the mass search has been returned to your counselor who will go through the property with you.  Anything that was taken in error will be returned to you at that time.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas  66101-2492.

R. Wiley, Warden                              12/1/05
                                              Date

#35

**BP-229 RESPONSE**                     Case Number: 395610-F1

 

Your Request for Administrative Remedy dated November 15, 2005, has been reviewed.
Specifically, you allege staff seized property belonging to you, and they did not list it on the
Confiscation and Disposition of Contraband form BP-402(58). You request the alleged missing
property be returned.

A review of the issues raised in your Request for Administrative Remedy has been conducted.
The results of the review revealed all personal property confiscated during the mass search of
your unit on October 27, 2005, were listed on the Confiscation and Disposition form. You
reviewed the Confiscation and Disposition form listing your property and signed it on that date.
No other property was removed from your cell.

Accordingly, your Request for Administrative Remedy is denied. In the event you are not
satisfied with this response and wish to appeal, you may do so within 20 calendar days of this
response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North
Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City,
Kansas 66101-2492.


R. Wiley, Warden                    1/29/05
                                    Date


#36

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name:** YOUNG, Timothy

**Register Number:** 60012-001                    **Unit:** E-304

This is in response to your copout dated July 24, 2007, and received in this office July 25, 2007. You state his copout is in reference to a previous copout response dated April 14, 2007. To that end, you attach several documents (BP-9 #448170-F2, an Affidavit dated July 11, 2007, and an itemization of lost property and the value thereof). You request to know the status of a tort claim you filed for the amount of $56.05, stating you have not yet received an acknowledgment letter from the Regional Counsel's office.

The Regional Counsel's office received your administrative tort claim on July 16, 2007. If you have not already received it, you should be receiving an acknowledgment letter within the next week. A response to this claim is not due until January 12, 2008.

On February 22, 2007, staff impounded your property as a disciplinary sanction imposed in Incident Report #1568693. When staff went to return your legal property to you on March 14, 2007, you were found to be in the possession of property of another inmate as well as possession of personal property (thermal tops, sweat shirts, ear plugs, and handkerchief), which you were not authorized to retain because you were on personal property restriction. As a result, the other inmate's property and your unauthorized personal property were confiscated and you received Incident Report # 1577261 for the property you possessed that belonged to another inmate. You also received Incident Report # 1577263 because staff also found a torn bed sheet, unauthorized thread, a spork with the end ground to make it smooth, and three pencils with staples embedded into the ends.

As you aware from a BP-10 response, your allegations of staff misconduct regarding the incident report have been referred to the appropriate department for review. If you believe the finding of the UDC was in error or staff committed misconduct regarding the shakedown, confiscation of your property, and issuance of the incident reports, and if you have not already done so and you are still able to do so, you are encouraged to complete the administrative remedy process to grieve these issues. As you have already submitted an administrative tort claim regarding the alleged loss of your personal property confiscated on March 14, 2007, I can not address that issue; instead, you will have to wait for a response to your tort claim regarding that property.

I trust this is responsive to your request.

D. Locke, Senior Attorney                    Date  7/27/07

# 37

**Administrative Remedy No. 424744-A2**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you contend your unit counselor searched your property to retaliate against you for exercising your right to address your concerns with the remedy program.  You request the staff member be removed from Bureau employment.

In accordance with Program Statement 5521.05, <u>Searches of Housing Units, Inmates, and Inmate Work Areas</u>, staff are required to search inmates, their property, work areas, and assigned cells. Your approval or prior notification is not required.  We do not find any evidence of staff deviating from standard procedures or targeting you for retaliation.  The rules pertaining to property and legal work are applicable to all inmates, without exceptions. In addition, you have not provided any evidence supporting your claim of how the actions of staff negatively impacted your litigation.  Simply stated, we do not find any reason, nor did you provide one, to question the actions of staff.

You request staff be reprimanded.  Program Statement 3420.09, <u>Standards of Employee Conduct</u>, governs such issues, and the Bureau of Prisons takes seriously any allegation of staff misconduct.  Yet, we do not find any misdoing on the part of staff.  In addition, your request is not relief available through this program.  In short, inmates do not have the right to influence, summon, or direct the discipline of staff at any time.

Accordingly, your appeal is denied.


_2-7-2007_
Date

Harrell Watts, Administrator
National Inmate Appeals

#38

**U.S. Department of Justice**
Federal Bureau of Prisons

**Inmate Personal Property Record—**
**Institution:** ADX

| 1. Name: Young, T. | 2. Register Number: 00012-001 | 3. Unit: E-Unit | 4. Date and Time of Inventory |
|---|---|---|---|

5. Purpose of Inventory (check one that applies): Date and Time of Action:
a.___ Admission  b.___ Hospital  c.___ Writ  d.___ Transfer  e. ✓ Detention  f.___ Release
g.___ Incoming package  h.___ Other (specify)

6. Disposition (Disp.)
D – Donated    M – Mail    S – Storage
K – Keep in Possession
C – Contraband (Attach BP-Record-102)

### 7. Type of Property:

**a. Personally Owned Items**

| # | Article | Disp. |
|---|---|---|
| | Batteries | |
| | Belt | |
| | Billfold | |
| | Books, reading | K |
| ✓ | hard ___, soft | R |
| | Books, religious | |
| | hard ___, soft | |
| | Brassiere | |
| | Cap, Hat | |
| | Coat | |
| | Coins | |
| | Comb | |
| | Combination lock | |
| | Dress | |
| | Driver's license | |
| 1 | Earplugs | K |
| 1 | Eyeglass case | K |
| 1 | Eyeglasses | |
| 1 | Gloves | |
| | Hair brush/pick | |
| | Handkerchief | T |
| | Jacket | |
| | Jogging suit | K |
| 3 | Legal Materials | K |
| | Letters | |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pant/slacks | |
| | Pen, ballpoint | |
| | Pencils | |
| | Personal papers | |
| | Photo album | |
| 1 | Photos | K |

| # | Article | Disp. |
|---|---|---|
| 1 | Plastic spoon (cup) | K |
| | Playing cards | |
| | Purse | |
| | Radio (w/earplug) | |
| | Religious medals | |
| | Ring | |
| | Shirt/blouse | |
| | Shoes | |
| | Shoes, shower | K |
| | Shoes, slippers | |
| | Shoes, tennis | K |
| | Shorts | |
| | Skirt | |
| | Slip | |
| | Social security card | |
| | Socks | |
| | Socks, athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| | Sweater | |
| | Sweat pants | |
| | Sweat shirt | |
| | Trophy | |
| | T-Shirts | |
| | Underwear | |
| | Watch/watch band | |
| | Wig | |
| 1 | Water bottle | K |
| | Drinking cup | K |
| | Head phones | K |

**b. Hygiene, etc.**

| # | Article | Disp. |
|---|---|---|
| | Dental floss | |
| | Dentures | |
| | Deodorant | |
| | Hair oil | |
| | Noxzema | |
| | Powder | |
| | Razor | |
| | Razor blades | |
| | Shampoo | |
| | Shaving lotion | |
| | Skin lotion | |
| | Soap | |
| | Soap dish | |
| | Toothbrush | |
| | Toothpaste | |

**c. Hobbycrafts**

| # | Article | Disp. |
|---|---|---|
| 1 | Drawing Board | K |

**d. Food/Tobacco Items**

| # | Article | Disp. |
|---|---|---|
| | Canned tobacco | |
| | Chewing tobacco | |
| | Cigarettes | |
| | Cigars, snuff | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant chocolate | |
| | Instant coffee | |
| | Instant tea | |
| | Pipe cleaner/filters | |
| | Pipes | |
| 1 | Athletic Vest | K |
| 1 | Prayer oil | K |
| 1 | Prayer rug | K |
| 1 | Mattress, books | K |
| 1 | Note book | K |

**e. Miscellaneous** (List any damaged property and from where it was received; e.g., U.S. Marshal)

| # | Article | Disp. |
|---|---|---|

8. Items Alleged by Inmate to Have Value Over $100.00
Description of Property                                    Value Alleged by Inmate

☒ No individual item over $100.00

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Receiving Officer: Beal _____    6-5-08  TB  (00012-001)  Date: _____  Time: 600

I have today reviewed the property returned to me. Signature of Inmate: X T. Y _____  Reg. No.: 00012-001  Date: 6-5-08  Time: 615

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Releasing Officer: _____  Date: _____  Time: _____

I have today reviewed the property returned to me. Signature of Inmate _____  Reg. No.: _____  Date: _____  Time: _____

**U.S. Department of Justice**

Federal Bureau of Prisons

**Confiscation and Disposition of Contraband**

| R. Madison | FLM – ADX |
|---|---|
| Signature/Printed Name of Staff Member Confiscating Property | (Institution) |

| 1. Name: Young, T. | 2. Register No.: 08001290001 | 3. Unit: E | 4. Date: 4/17/08 |
|---|---|---|---|

5. The contraband listed below was found in possession of, or in the living quarters of the above named inmate on __4/17/08__.

(Make a numerical list of contraband)   1 – 16.5 inches of paperwork. 2– 5 books 3 – 4 date books.

6. (To be completed by inmate) I have received a list of those items confiscated as contraband. I claim ownership of the following items (identify by number from section 5 above): Nos. _1,2,3_. I am aware that a claim of ownership will not be accepted for any item of government property. With respect to my claimed personal property, I am aware that I have 7 days from receipt of this inventory to provide staff with evidence of my ownership of the claimed items.

I, _____, received a copy of this inventory on _____.
(inmate's signature)                                                        (date)

7. Of the contraband listed in section 5 above, the inmate has established ownership for the following (identify by number from section 5 above): Nos. _____

Contraband, other than hard contraband, may be mailed at the inmate's expense to a destination of the inmate's choice. The institution may pay for the mailing when the inmate has insufficient funds and no likelihood of receiving new funds. Where the inmate is financially able to pay postage, but refuses, or fails to provide a mailing address for return of the property, the confiscated property will be disposed of through approved means, including destruction of property.

I have read or had read to me the above information. I request the following action be taken in regards to my contraband property.

a. __ I request the property be mailed to _____
_____. I agree to pay mailing costs.

Inmate's Signature: _____ Date: _____

b. __ I request the institution to pay mailing costs. I have insufficient funds in my institution account and do not expect to receive new funds. (The approval of the Warden or designee is required for the institution to pay postage.)

Inmate's Signature: _____ Date: _____

c. __ Other (specify, e.g., donate to institution) _____ 4/18/08

Inmate's Signature: Refuse to Sign _____ Date: _____

8. The following contraband (identify by number from section 5 above) has been determined to be hard contraband or to be contraband for which no ownership has been established. The contraband has been disposed of by (indicate disposition/reasons): Nos. _____

| Signature/Printed Name of Staff Member Determining Method of Disposal | Date |
|---|---|

| Signature/Printed Name of Staff Member Disposing of Property | Date |
|---|---|

| When Property is Destroyed, Signature/Printed Name of Staff Witness | Date |
|---|---|

cc: Central File
Chief Correctional Supervisor
Inmate Systems Manager
Inmate

Printed on Recycled Paper

#40

BP-402(58)
January 1983
USP LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 7, 2008

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE ADMAX USP

TO  : TIMOTHY DOYLE YOUNG, 60012-001
      FLORENCE ADMAX USP      UNT: E      QTR: E03-104L
      PO BOX 8500
      FLORENCE, CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 478261-F1        ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JANUARY 2, 2008
SUBJECT 1       : QUARTERS SEARCHES
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

#41

**BP-229 RESPONSE**                          Case Number: 494743-F1

**Name: YOUNG, Timothy**                     Register Number: 60012-001

Your Request for Administrative Remedy dated May 6, 2008, and received in this office on May 7, 2008, has been reviewed. You request the personal property confiscated by the Counselor during a cell search on April 17, 2008, be returned to you.

A review of the issues raised in your Request for Administrative Remedy has been conducted. In addition to confiscating excess institution issued items and nuisance contraband from your cell on April 17, 2008, the counselor also confiscated excess personal property, as allowed by in Institution Supplement 5580.07A, Inmate Personal Property, to include, approximately 16 inches of documents, five books, and four date books. Accordingly, a confiscation form was completed and provided to you to sign. You refused to follow directions to sign the form acknowledging ownership of the property. Based on the information provided, I find no evidence to support returning the confiscated property to you.

Accordingly, your Request for Administrative Remedy is denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

R. Wiley, Warden

JUN 0 4 2008
_____
Date

#42

RECEIPT - ADMINISTRATIVE REMEDY


DATE: MARCH 5, 2009


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : TIMOTHY DOYLE YOUNG, 60012-001
      FLORENCE ADMAX USP    UNT: E    QTR: Z09-104LAD


THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID         : 523185-R1
DATE RECEIVED     : MARCH 2, 2009
RESPONSE DUE      : APRIL 1, 2009
SUBJECT 1         : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2         :
INCIDENT RPT NO:

#43

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY


DATE: APRIL 7, 2009


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : TIMOTHY DOYLE YOUNG, 60012-001
      FLORENCE ADMAX USP    UNT: E    QTR: Z09-101LAD


ADDITIONAL TIME IS NEEDED TO RESPOND TO THE REGIONAL APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID      : 523185-R1
DATE RECEIVED  : MARCH 2, 2009
RESPONSE DUE   : MAY 1, 2009
SUBJECT 1      : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2      :
INCIDENT RPT NO:

#44

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name:** YOUNG, Timothy

**Register Number:** 60012-001                    **Unit:** Z-205

This is in response to your copout dated July 10, 2008, and received in this office July 14, 2008. In this copout you refer to your Correctional Counselor using profane language, but request assistance from this office.

If you want to request the assistance of this office, you may resubmit your request after removing the profane language regarding your Correctional Counselor.  Any further requests containing profane or derogatory names, descriptions or similar language regarding your Correctional Counselor or any other staff  will be returned to you with out response.

_____          7/23/08_____
Deborah A. Locke, Senior Attorney                Date

#45

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name: YOUNG, Tim**

**Register Number: 60012-001**                    **Unit: Special Housing Unit**

This is in response to your Inmate Request to Staff Member ("Cop-out"), dated October 16, 2008, and received October 17, 2008, in which you are requesting copies of BP-8's and BP-9's previously filed.

Program Statement 1330.16, Administrative Remedy Program states "The inmate must provide an additional copy of any continuation page.   The inmate must submit one copy of supporting exhibits.   Exhibits will not be returned with the response.  **Because copies of exhibits must be filed for any appeal (see Section 542.15 (b) (3)), the inmate is encouraged to retain a copy of all exhibits for his or her personal records."**

In the event an additional copy is available, the copy is returned to the inmate. Requests for additional copies should be addressed to your unit team.

In response to your Sentry Index request, attached you will find 54 pages of Administrative Remedies filed in "E" Unit from August 1, 2006 to July 21, 2007.   Once you have reviewed the index for one year, please return and I will provide you with following year's index.

I trust this addresses your concerns.

_____                    _10/21/08_____
L. LaRiva, Executive Assistant                              Date

# 46

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name: YOUNG, Tim**

**Register Number: 60012-001**                    **Unit: Special Housing Unit**

This is in response to your Inmate Request to Staff Member ("Cop-out"), in which you are requesting information on two Administrative Remedies you submitted on October 7, 2008, and October 20, 2008.

A review of your issues in your Inmate Request to Staff Member have been conducted. Both Administrative Remedies have been received and entered.   The October 7, 2008, Administrative Remedy was received on October 8, 2008, with an original response due date of October 28, 2008.   The Administrative Remedy number is 512716-F1 (not 504720-F2) and has been extended with a response due date of November 17, 2008. The second Administrative Remedy you reference as October 20, 2008, was received on October 20, 2008, and is numbered as 512717-F1 due November 9, 2008.

I trust this addresses your concerns.

_L. LaRiva, Executive Assistant_

10/28/08
Date

#47

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name: YOUNG, Tim**

**Register Number: 60012-001**                    **Unit: Special Housing Unit**

This is in response to your Inmate Request to Staff Member ("Cop-out"), dated October 29, 2008, in which you returned a 54 page Sentry index, and requested copies of the following year's index.

In response to your Sentry Index request, attached you will find 50 pages of Administrative Remedies filed in "E" Unit from July 22, 2007, to July 21, 2008.   Once you have reviewed the index please return it for future filing.

I trust this addresses your concerns.

L. LaRiva, Executive Assistant

11/12/09
Date

#48

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name: YOUNG, Tim**

**Register Number: 60012-001**                    **Unit: Special Housing Unit**

This is in response to your Inmate Request to Staff Member ("Cop-out"), dated November 16, 2008, in which you returned a 51 page Sentry index, and requested copies of the Sentry Index for all BP's filed in G Unit from August 1, 2006 to the present.

In response to your Sentry Index request, attached you will find 59 pages of Administrative Remedies filed in "G" Unit from August 1, 2006 to July 31, 2008.   Once you have reviewed the index please return it for future filing.

I trust this addresses your concerns.


L. LaRiva, Executive Assistant                    12/1/08
                                                   Date

#49

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**NAME: YOUNG, Tim**

**Register Number:     60012-001          Unit:     E**

This is in response to your Inmate Request to Staff Member form ("Cop-out") dated
February 4, 2009, and received in this office February 5, 2009.  You state you have
submitted several Requests for Administrative Remedy in January 2009 and have not
yet received receipts.  You requested SENTRY index of Administrative Remedies filed
and the status of Administrative Remedy #523185-F1.

A review of the issues raised in your request indicates you have filed seven
Administrative Remedies since October 2008.  The index you requested is attached.

Also, the response to Administrative Remedy 523185-F1 has been prepared and you
should receive it in the near future.

I trust this addresses your concerns.

_____                    2/23/09
Leann LaRiva, Executive Assistant            Date

#50

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**NAME:   YOUNG, Timothy**

**Register Number:   60012-001**          **Unit:   Z-09-101**

This is in response to your Inmate Request to Staff Member ("Cop-out") dated April 2, 2009.  You request copies of 92 Administrative Remedy Responses, and Administrative Remedy Indexes for E-Unit from July 2008 to the present, and F-Unit from August 2006 to the present.

A review of the issues revealed the copies you request will exceed 100 pages.  In accordance with 28 CFR §16.11 and 28 CFR § 542.19, it will be necessary for you to pay for the copies prior to them being provided.  Please contact a member of your unit team to make arrangements for payment and to obtain the copies.

I trust this addresses your concerns.

L. LaRiva, Executive Assistant          4/16/09

Date

#51

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: YOUNG, TIM    D.    60012-001    E    ADX

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**    The BP9/BP10 have not been addressed and there has been more retaliation by Counselor Madison which caused my Court case to be dismissed (06-Cv-1253). I request Counselor Madison be fired and permanently barred from BOP employment

Nov. 22, 2006

DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

**RECEIVED**

DEC 0 7 2006

Administrative Remedy Section
Federal Bureau of Prisons

---

DATE                                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE              CASE NUMBER: 424744-A2

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE                                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

#52

BP-231(13)

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

**Name:  YOUNG, TIMOTHY**

**Register Number:  60012-001**                    **Unit:  E03-105L**

This is in response to your Inmate Request to Staff Member (cop-out) received in this office on November 19, 2007, in which you are requesting ten copies of your inmate account statement.

Per Institution Supplement FLM 2000.02K(3), periodic statements of inmate personal accounts will not be provided to inmates. Inmates who have specific questions concerning their personal funds should submit an Inmate Request to Staff Member (cop-out) to the Inmate Accounts Accounting Technician in the Financial Management office. The request should be as detailed as possible to enable the responding staff member to provide a complete response. If, in the determination of the responding staff member, the inquiry may best be addressed by providing a printout of the inmate's personal account, the report may be provided to the inmate.

Per Institution Supplement FLM 2000.02K(3), when an inmate intends to claim pauper status in conjunction with legal proceedings, the inmate will submit the appropriate form to his Counselor, who will verify the inmate's personal funds balance. The Counselor will make the necessary entries on the form and return it to the inmate. However, if the inmate account statement is needed in conjunction with court proceedings, the time frame and the Docket Number of the court case must be provided in order for Financial Management staff to provide the court with the correct information that is needed.

Attached you will find two copies of your inmate account statement for the court. Any additional copies you need are your responsibility to obtain. Also, if you are needing to send the court a copy of your account statement on a monthly basis, you will need to make the request to Financial Management each month. Please forward your request in a timely manner to allow Financial Management the appropriate time to receive and process your request, and return it to you.

I hope this addresses your concerns.

R. Wiley, Warden

NOV 2 7 2007

Date

#53

**Administrative Remedy No. 450105-A2**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal in which you contend staff have, for the past three years,
provided multiple copies of your certified monthly account
statement, but for some unknown reasons currently refuse to do
so.  You request multiple copies of your statement be provided by
staff each month, and anything short of this will constitute a
denial of access to the court.

We reviewed the merits of your appeal, and took particular note
of the Warden's response, in which he asserted a certified copy
of your account is provided to you each month.  Regardless of
what transpired previously, the Warden is correct in stating it
is your responsibility to obtain additional copies to meet your
legal needs.  The local procedures for obtaining copies are
equivalent for legal work, remedies, progress reports, account
statements, etc.

Bureau staff are neither obligated nor compelled to ensure you
meet or achieve your legal obligations or objectives.  We
therefore concur with the responses provided.  Accordingly, this
response is for informational purposes only.

_September 19, 2007_
Date

Harrell Watts, Administrator
National Inmate Appeals

#54

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: YOUNG  TIM  L.     60012.001     E     ADX

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** The response to 434926-F1 states "you may request to receive additional writing paper". I requested 210 sheets of paper for an EN BANC motion (21 copies at 10 pages per copy) but the unit officers don't have that much paper, so I asked Counselor Madison to informally resolve this since it was granted by the Warden. The EN BANC motion has been delayed for more than a week because the Counselor refused to informally resolve this issue. The BP8 response also digresses into a criticism about my request and forms that aren't available? I request that the Counselor follow the Warden's instructions in supplying me with enough paper to file Court documents in a timely manner. BP8 Attached.

April 30, 2007.
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Issued: 4/20/07

R. Madison, Correctional Counselor

RECEIVED

MAY 0 4 2007

ADX Warden's Office

SEE ATTACHED RESPONSE

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE

CASE NUMBER: 451786-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

#55

BP-229(13)

**BP-229 RESPONSE**                    **Case Number:  451786-F1**

**Name:   YOUNG, Timothy**            **Register Number:  60012-001**


Your Request for Administrative Remedy dated April 30, 2007, and received in this office on May 4, 2007, has been reviewed.  Specifically, you claim staff are not providing you with a sufficient amount of writing paper.

A review of the issues raised in your Request for Administrative Remedy has been conducted.  The results of the review revealed unit officers were reminded to provide you with additional writing paper when necessary.  Therefore, you must request additional writing paper from evening watch staff when necessary.

Accordingly, your Request for Administrative Remedy is partially granted in that you will be provided additional writing paper when necessary.  In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.


R. Wiley, Warden

MAY 1 0 2007
_____
Date

#56

FLM 1330.13f
Attachment 1

## USP ADMINISTRATIVE MAXIMUM
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

Inmate Name: _Tim Young_        Reg. No. _60012-001_
Unit: _E_                        Date: _4/25/07_

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, (BP-DIR-13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: _I sent Counselor Madison a request on 4-24-2007 asking for 100 sheets of writing paper for an En Banc Motion (#06-1494) and asked him again 4/26/07_

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: _Filed previous grievance #434926._

3. State what resolution you expect: _I request enough paper and in a timely manner so court documents are not delayed, like the Motion for Rehearing._

Inmate's Signature: _T. Y_        Date: _4-27-2007_

Correctional Counselor's Comments (Steps to Resolve): A review of your complaint has been conducted. You received a written response regardin this issue. Your Unit Team is not responsible for issuing written supplies. Your Unit Team recommends you follow the insructions you were given regarding this issue and work with the Unit Officers. It is also recommended you use the proper forms when sending a request to staff and use the writing paper issued for your legal needs.

Counselor's Signature: _[signature]_        Date: _4/27/07_
Unit Manager's Review: _[signature]_        Date: _4-27-07_
Informally Resolved:                         Date:

|          | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | EXECUTIVE STAFF |
|----------|-------------|---------------|-------------|---------------|-----------------|
| DATE     | 4/25/07     | 4/27/07       | 4/17/07     | 4/30/07       | 4/30/07         |
| TIME     | 0700        | 0650          | 1300        | 0635          | 1145            |
| COUNSELOR| Cu          | Cu            | Cu          | Cu            | Cu              |

#57

308.07   Retained 12.35¾

**U.S. DEPARTMENT OF JUSTICE**   **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons   Issue: Retaliatory Shakedown, 12-27-07 @ 1415 hrs.

---

*Type or use ball-point pen. If attachments are needed, submit four copies: Additional instructions on reverse.*

From: YOUNG   TIM   D   60012-001   E   ADX
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST** I'm not submitting a BP8 because I've filed previous grievances about retaliatory shakedowns: 424744, 448753, etc. On 12-21-07 I submitted a motion to amend in 07-ZLW-2240 with a claim added concerning Ms.Mack violating PS1361.05 by refusing to make a copy of unavailable Program Statements. The proposed amended complaint was served. On 12-27-07 Mr. Machak conducted a shakedown of my cell assisted by C/o Gergen. I asked Mr. Machak why the Ed. Dept. was shaking down my cell and he responded saying Ms. Mack did not give him a reason, she just told him to shakedown my cell and no others. Mr. Machak stated that he has searched cells only about six times since he has worked here (or about twice a year).

This was a retaliatory shakedown ordered by Ms. Mack intended to intimidate me and to inhibit my First Amendment activity. I request that Ms. Mack be ordered to stop retaliating and to obey the rules in the Program Statements.

Dec. 31, 2007
DATE   SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED

JAN 02 2008

ADX Warden's Office

---

DATE   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE   CASE NUMBER: 477826I-FI

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: YOUNG   TIM   D   60012-001   E   ADX
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: Retaliatory Shakedown ordered by Ms. Mack

Submitted: 12-31-2007 Monday   845 . Collins   #58
DATE   RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

DEPARTMENT OF JUSTICE                                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Young, Tim D. 60012-001 E-311 ADX_
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST**

Business Office ignored cop-outs and case manager phone calls for five weeks. When B.O. finally responded, they sent me a meaningless print-out that is irrelevant to my requests. (see attached).

_1-17-05_                                    _Tim Young_
DATE                                         SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED

JAN 19 2005

SEE ATTACHED RESPONSE

_____                          _____
DATE                                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                   CASE NUMBER: _364647-F1_

                                             CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

                                                                        #59

_____          ✪          _____
DATE                                     RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229(13)
USP LVN              Printed on Recycled Paper                                         APRIL 1982

## USP ADMINISTRATIVE MAXIMUM
## FLORENCE, COLORADO
## INFORMAL RESOLUTION FORM

Inmate Name: _Tim Young_          Reg. No. _60012-001_

Unit: _E-311_          Date: _1-11-05_

**NOTICE TO INMATE**:  You are advised that normally prior to filing a Request for Administrative Remedy, (BP-DIR-13), you **must** attempt to informally resolve your complaint through your Correctional Counselor.  Please follow the three steps listed below:

1.  State your complaint: _Business Office is not responding to cop-outs, over a five week period._

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page.  You must also submit one copy of supporting exhibits.  (Exhibits will not be returned with the response to BP-229(13) responses.)

2.  State what actions you have made to informally resolve your complaint: _____
_Sent more cop-outs and had case manager call numerous times._

3.  State what resolution you expect: _A print-out of all my debits for copying, postage, etc._

Inmate's Signature: _Tim Y___          Date: _1-11-05_

**Correctional Counselor's Comments (Steps to Resolve):** _A review of your informal resolution was conducted, Business office staff, indicated that they are short of staff due to lockdown, training etc, you should receive a print out of your debts by 1-19-05._

Counselor's Signature: _W. Julstay_          Date: _1-12-05_

Unit Manager's Review: _____          Date: _1-13-05_

Informally Resolved: _____          Date: _____

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | EXECUTIVE STAFF |
|---|---|---|---|---|---|
| DATE | 1-11-05 | 1-12-05 | 1-14-05 | 1-18-05 | |
| TIME | 10:00A | 9:05A | 9:40A | 9:22A | |
| COUNSELOR | | | | | |

#60

Ed. Dept,                                    8-27-08

Please send me a copy of:

① PS 5264.06

TIM YOUNG                Above P.S. is N/A in our library
60012-001                  TRY
Z-B205                 Director - Bureau of Prisons
                       320 First Street N.W
                       Washington, D.C. 20534

                       Attn: FOI/PA Section

                       They should be able to help you.

# 61

To: Supervisor of Education.

re: Institution Supplement.

Please send me a copy of FLM 2000.02 L (3), it is not in the basic library and the Program Statement says that an Institution Supplement is required.

Tim Young       9 - 17 - 08
60012-007
Z - B - 205

The above Program Statement is not maintained in the law library; therefore, the institutional supplement is not available. You may request this material through FOIA, or the Warden for his consideration.

R hack

9-18-08

# 62

Tim Young # 60012-001
Z-B-205

Ed. Dept,                                      11-24-08

Please send me a copy of:

① FLM2000.02 L ③.

Tim Young                    Need to get this through the
60012-001                    F.O.I. Dept. We don't Carry
Z-B-205                       This.

# 63

Young
Z09-104
60012-001

Ed Dept,                                    1-8-09

Please send me a copy of:

① ADX Institution Supplement Title Sheet
② FLM 2000.02 L ③

sent to                    → we do not carry this.
you      Tim Young              must go thru the F.O.I/PA
ready?   60012 - 001                        dept.
         Z - C - 104

# 64

Ed. Dept.,                                    1-9-09

Why is FLM 2000.02 L (3) on the ADX Supplement Title index sheet if it is not "available."

The Program Statement requires an Institutional Supplement

Tim Young
60012-001
Z-C-104


FLM 2000.20 was deleted from the Title Sheet & must now be requested under the Freedom of Information Act

# 65

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

#1769536

Rec.'d 3-11-09   Answered 3.10.09 Rs

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: YOUNG, TIM D.   60012-001   Z   ADX

LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** This DHO appeal is submitted late because: ① Madison would not give a BP10 form, and ② the Unit Team blocked all of my outgoing communications from 6-2-08 through 2-23-09. — The DHO decision should be overruled and the I.R. expunged because of the exhibits submitted to the DHO. The "Fight or Snitch" ultimatum is unconstitutional violating the First and Eighth Amendments (compelled speech - cruel and unusual punishment) and caused the Murder in E-Unit on 4-22-05.

BP10 and cert. of Service enclosed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

March 11, 2009.

DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

MAR 2 3 2009

Administrative Remedy Section
Bu   Prisons

DATE

GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

#66

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: APRIL 7, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

                                                    APR 13 2009

TO  : TIMOTHY DOYLE YOUNG, 60012-001
      FLORENCE ADMAX USP    UNT: E    QTR: Z09-101LAD
      PO BOX 8500
      FLORENCE,  CO 81226

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 529044-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED : MARCH 23, 2009
SUBJECT 1     : DHO APPEAL – COMBINED (PROCEDURES, EVIDENCE & SANCTIONS)
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                INCLUDES MAIL TIME.

REMARKS       : LATE APPEALS MAY BE ACCEPTED WITH A VALID REASON
                AND STAFF VERIFICATION ON LETTERHEAD, THEN
                RESUBMIT TO THE REGION FOR REVIEW.

# 67

Administrative Remedy No. 425106-A2
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you claim staff refused to make copies of your documents for the Court.

Our review reveals that the Warden and Regional Director adequately responded to the issues you raised in your appeal.   In accordance with P.S. 1315.07 Legal Activities, Inmate, the institution staff shall, upon an inmate's request and at times scheduled by staff, duplicate legal documents if the inmate demonstrates that more than one copy must be submitted to court and that the duplication cannot be accomplished by use of carbon paper.   The inmate shall bear the cost, and the duplication shall be done so as not to interfere with regular institution operations.   Staff may waive the cost if the inmate is without funds or if the material to be duplicated is minimal, and the inmate's requests for duplication are not large or excessive.

As indicated by the Warden, staff inquired as to why you needed 25 copies of a blank page, and an Informal Resolution Form.   You refused to provide information or demonstrate why and for what purpose you needed these documents.   We therefore concur with the Warden's response indicating your allegations of staff refusing to duplicate documents are without merit, as staff were in compliance with P.S. 1315.07.   Accordingly, your appeal is denied.

2-2-2007
_____
Date

Harrell Watts, Administrator
National Inmate Appeals

#68

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: YOUNG TIM D. 60012-001 E ADX

| LAST NAME, FIRST, MIDDLE-INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL** The reason for appeal is that the region denied the BP10 (by way of not responding or getting an Extension of time). The retaliatory actions of Counselor Madison was the sole cause of 06-cv-1253 being dismissed. Counselor Madison stopped making legal photocopies in retaliation for my use of the grievance procedure (see BP10).

I request immediate compliance with 28 CFR 543.11 and that Counselor Madison and all others who failed to intervene be fired and permanently barred from BOP employment because of 1st Amendment Retaliation and 1st Amendment access to the Courts violations.

Nov. 12, 2006

DATE

SIGNATURE OF REQUESTER

**Part B - RESPONSE**

**RECEIVED**

NOV 2 0 2006

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: **425106-A1**

CASE NUMBER: _____

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

# 69

USP LVN

PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: YOUNG   TIM   D.          60012-001      E          ADX
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**

The Region's response is bizarre and does not follow any line of reasoning, as if it was written to be read in isolation w/o any supporting documents. This grievance/appeal is about one issue: My First Amendment Rights (Access and retaliation). The Unit Team stopped making legal copies of documents for Court after I filed a grievance, which caused the dismissal of 06-CV-1253. Enclosures: BP9, Resp., BP10, Resp., 3 exhibits, and 4 carbonized copies of this form.

11-26-2006.
_____          _____
DATE          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

**RECEIVED**

DEC 0 7 2006

Administrative Remedy Section
Federal Bureau of Prisons

_____
DATE

ORIGINAL: RETURN TO INMATE

**Part C - RECEIPT**

GENERAL COUNSEL

CASE NUMBER: 425/06-A2

CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

#70

# Certificate of Service

I gave two sealed envelopes with the addresses below to the Unit Team for them to deposit in the U.S. Mail with first class postage attached.

① USDC
901    19th St.
Denver, CO    80294-3589

② U.S. Attorney    (No carbon paper)
Suite #700
1225    17th St.
Denver, CO    80202

re: Plantiff's Exhibits  3 — 70.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on                    Tn Y
June 22, 2009.            Pro Se

Timothy Doyle Young  #60012-001
USP-Max-ADX
PO Box 8500
Florence, CO    81226